655 A.2d 437

IN THE MATTER OF EDWARD S. FODY,
AN ATTORNEY AT LAW.

March 23, 1995.

### ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **EDWARD S. FODY of BOONTON**, who was admitted to the bar of this State in 1974, be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 8.1 (failure to cooperate with the disciplinary authorities), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **EDWARD S. FODY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.